

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Rosaura Arreola, Individually and on Behalf of the Estat of Jason Orosco Molinar, Deceased, | § | No. 08-20-00133-CV |
| | § | Appeal from the |
| Appellant, | § | County Court at Law No. 6 |
| v. | § | of El Paso County, Texas |
| Union Pacific Railroad, Herbert Diaz and Bert Fredrick Harkness, | § | (TC# 2016DCV3664) |
| | § | |
| Appellees. | § | |

# **O R D E R**

The Official Court Reporter for County Court at Law No. 6, D'Anne Asleson, has informed the Court that she is waiting for court reporter Rebecca Macias to submit a portion of the reporter's record necessary to complete the official record in this case.

Accordingly, we ORDER Rebecca Macias to provide her portion of the reporter's record in this case to D'Anne Asleson, the Official Court Reporter for County Court at Law No. 6, within 10 DAYS of the date of this order, and to provide this Court with proof that she has submitted her portion of the record to Asleson once that is accomplished.

IT IS SO ORDERED this 28th day of October, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.